IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brijesh Patel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Yelp Incorporated,<br><br>　　　　　Defendant. | No. CV-24-01939-PHX-SMM<br><br>**ORDER** |

　　　　On September 3, 2024, Defendant filed a Motion to dismiss for Failure to State a Claim. (Doc. 8). Because Plaintiff is acting pro se in this matter, the Court advises Plaintiff of the following:

**I.    RULE 7.2(i) CAUTIONARY NOTICE**

　　　　Local Rule of Civil Procedure 7.2(i) states in relevant part that "if the unrepresented party or counsel does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." See also Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994). Plaintiff should take notice that the Court will interpret the failure to respond to Defendant's Motion by the deadline set forth in this Order as consent to the Motion. See id. at 653 (affirming the district court's summary granting of a motion for summary judgment under Local Rule 7.2(i) when non-moving party was given express warning of consequences of failing to respond).

　　　　It is Plaintiff's obligation to timely respond to all motions. Defendant's Motion will

be summarily granted if Plaintiff fails to respond in accordance with the provisions of this Order.

II.   **RULE 41 CAUTIONARY NOTICE**

Plaintiff should also take notice that the failure to timely comply with every provision of this Order, or any other order entered in this matter, may result in the dismissal of the Complaint or the action pursuant to Federal Rule of Civil Procedure 41(b). See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) (holding that the district court may dismiss an action for failure to comply with any order of the court), cert. denied, 506 U.S. 915 (1992). Plaintiff is warned that failure to strictly adhere to the provisions of this or any other Court Order will result in dismissal of Plaintiff's Complaint pursuant to Rule 41.

**IT IS ORDERED** directing Plaintiff to file with the Clerk of the Court and serve on opposing counsel a responsive memorandum to Defendant's Motion to Dismiss for Failure to State a Claim no later than September 18, 2024.

Dated this 13th day of September, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge